■ In the Matter of RAFAEL M. PANTOJA, JR. (Admitted as RAFAEL MANUEL PANTOJA), a Suspended Attorney. [624 NYS2d 797] —Motion to disbar respondent denied, and respondent directed to cooperate with the Committee to facilitate an expeditious resolution of this matter. No opinion. Concur— Ellerin, J. P., Kupferman, Ross, Nardelli and Williams, JJ.